1  GREGORY G. KATSAS
   Acting Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   VICTOR M. LAWRENCE, DCBN 449052
4  Principal Assistant Director
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6      P.O. Box 868, Ben Franklin Station
       Washington, D.C. 20044
7      Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA

11 NOORULLAH KHAN,                     )
                                       )
12         Plaintiff,                  )    No. 08-cv-1679 (MMC)
                                       )
13     v.                              )
                                       )    **JOINT REQUEST TO BE EXEMPT**
14 JONATHAN SCHARFEN,[1]               )    **FROM FORMAL ADR PROCESS;**
   Acting Director, United States Citizenship ) ~~PROPOSED~~ **ORDER**
15 and Immigration Services,           )
                                       )
16         Defendant.                  )
                                       )
17 ─────────────────────────────────────

18     Each of the undersigned certifies that he or she has read either the handbook entitled
19 "Dispute Resolution Procedures in the Northern District of California," or the specified portions
20 of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute
   resolution options provided by the court and private entities, and considered whether this case
21 might benefit from any of them.
22
       Here, the parties agree that referral to a formal ADR process will not be beneficial
23
   because this mandamus action is limited to plaintiff's request that this Court compel defendants
24
   to adjudicate the application for adjustment of status. Given the substance of the action and the
25

26 ─────────────────────────
       [1] Dr. Emilio Gonzalez resigned as Director, United States Citizenship and Immigration
27 Services, effective April 18, 2008. Jonathan Scharfen, Acting Director, is automatically
28 substituted as a party for Dr. Gonzalez. *See* Fed. R. Civ. P. 25(d).

PARTIES' REQUEST FOR EXEMPTION FROM ADR
No. 08-cv-1679 (MMC)

lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: June 3, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

DAVID J. KLINE
Director, District Court Section

VICTOR M. LAWRENCE
Principal Assistant Director

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Dated: June 3, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated this 4th day of June, 2008

_____
MAXINE M. CHESNEY
United States District Judge