GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE, DCBN 449052
Principal Assistant Director
CHRISTOPHER W. HOLLIS, ILBN 6283101
Trial Attorney

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-0899; FAX: (202) 616-8962

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOORULLAH KHAN,<br>    Plaintiff,<br>v.<br>JONATHAN SCHARFEN,<br>Acting Director, United States Citizenship and Immigration Services,<br>    Defendant. | No. 08-cv-1679 (MMC)<br><br>**STIPULATION TO EXTEND DATES; AND ORDER**<br><br>Date: July 11, 2008<br>Time: 9:00 a.m.<br>Courtroom: 7, 19th Floor |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about March 27, 2008, and Defendant was served on or about this date.

2. Pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, dated March 27, 2008, the parties were required to file a joint case management statement on July 7, 2008, and are required to attend a case management conference on July 11, 2008.

3. On May 27, 2008, Defendant filed a motion to dismiss and noticed a hearing for July 11, 2008.

4. On June 3, 2008, Plaintiff filed his opposition to Defendant's motion to dismiss and cross-motioned for leave to file an amended complaint.

5. Defendant's reply supporting the motion to dismiss is due no later than June 27, 2008.

7. The parties agree that good cause exists for granting an extension of the dates on which the case management statement and case management conferences are currently scheduled since the Court's determination on Defendant's motion to dismiss will either moot out the issue in its entirety or significantly change the nature of the arguments to be considered by the Court.

8. The parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:    August 8, 2008

Case Management Conference:    August 15, 2008 at 10:30 a.m.

Dated: June 12, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
VICTOR M. LAWRENCE
Principal Assistant Director

By:    /s/
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov
Attorneys for Defendant

Dated: June 12, 2008                     /s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

1 **ORDER**

2   Pursuant to stipulation, IT IS SO ORDERED, with the exception that the Case Management Conference is continued to August 29, 2008 at 10:30 a.m., and last day to file/serve
3 the Joint Case Management Statement is continued to August 22, 2008.

4 Dated this 13th day of June, 2008

5 _____
MAXINE M. CHESNEY
United States District Judge