**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   NOORULLAH KHAN,                          No. C-08-1679 MMC
12              Plaintiff,                     **ORDER AFFORDING PLAINTIFF
                                               OPPORTUNITY TO FILE REPLY;**
13      v.                                     **CONTINUING JULY 11, 2008 HEARING**
14   JONATHAN SCHARFEN, Director, United
     States Citizenship and Immigration Services,
15
                Defendant.
16
     _____/
17
18
19          The Court is in receipt of defendant's Motion to Dismiss, filed May 27, 2008.  In
20   plaintiff's opposition thereto, plaintiff moves for leave to file an amended complaint.
21   Defendant's reply includes opposition to plaintiff's motion for leave to amend.  Because
22   plaintiff has not had an opportunity to respond to such opposition, plaintiff is hereby
23   afforded the opportunity to file, no later than July 14, 2008, a reply to defendant's
24   opposition, and the hearing on both matters is hereby continued to July 25, 2008.
25          **IT IS SO ORDERED.**
26   Dated: July 7, 2008                       _____
                                               MAXINE M. CHESNEY
27                                             United States District Judge
28