1  GREGORY G. KATSAS
   Assistant Attorney General
2  DAVID J. KLINE
   Director, District Court Section
3  Office of Immigration Litigation
   GJON JUNCAJ
4  Senior Litigation Counsel
   CHRISTOPHER W. HOLLIS, ILBN 6283101
5  Trial Attorney

6     P.O. Box 868, Ben Franklin Station
      Washington, D.C. 20044
7     Telephone: (202) 305-0899; FAX: (202) 616-8962

8  Attorneys for Defendants

9

                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA

11 NOORULLAH KHAN,                    )
                                      )   No. 08-cv-1679 (MMC)
12              Plaintiff,            )
                                      )
13       v.                           )
                                      )   **STIPULATION TO HOLD**
14                                    )   **MATTERS IN ABEYANCE ;**
   JONATHAN SCHARFEN,                 )   **ORDER THEREON**
15 Acting Director, United States Citizenship )
   and Immigration Services,          )
16                                    )
                Defendant.            )
17 _____)

18
       Defendant Jonathan Scharfen and Plaintiff Noorullah Khan hereby stipulate to hold
19
   matters in abeyance in the above-referenced case for a period of sixty (60) days from the date of
20
   issuance of an order granting the stipulated abeyance. Defendant also agrees to respond to
21
   Plaintiff's First Amended Complaint for Declaratory Judgment and Injunction at the close of this
22
   sixty (60) day period. In further support thereof, the parties say as follows:
23
       1. On January 19, 1999, Plaintiff was granted asylum. On February 22, 2008, he was
24
   denied adjustment of status based on inadmissibility due to engaging in terrorist activity by
25
   affording material support to a terrorist organization under INA § 212(a)(3)(B)(i)(I), 8 U.S.C. §
26
   1182(a)(3)(B)(i)(I) and INA § 212(a)(3)(B)(iv)(VI)(dd), 8 U.S.C. § 1182(a)(3)(B)(iv)(VI)(dd),
27
   respectively.
28

1  2. On April 23, 2008, USCIS reopened the matter of Plaintiff's adjustment of status.

3. On July 24, 2008, Plaintiff filed his First Amended Complaint for Declaratory Judgment and Injunction, which alleges that the delay in adjudication his adjustment of status application violates 5 U.S.C. § 555(b), 8 U.S.C. § 1159(b), and 8 C.F.R. § 209.2.

4. Both parties recognize that the Consolidated Appropriations Act of 2008 (CAA of 2008), Pub. L. No. 110-161, Div. J, section 691(a), 121 Stat. 1844 (Dec. 26, 2007), provides expanded discretionary authority for the Secretary of Homeland Security to exempt certain terrorist-related inadmissibility grounds as they relate to undesignated terrorist organizations as defined under the Immigration and Nationality Act (INA) section 212(a)(3)(B)(vi)(III), 8 U.S.C. § 1182(a)(3)(B)(vi)(III).

5. Defendants are actively pursuing efforts to complete the adjudication of Plaintiff's adjustment of status application within sixty (60) days from the issuance of the abeyance order requested herein.

6. In the interest of judicial economy, the potential for adjudication of Plaintiff's adjustment of status application within sixty (60) days from the date of issuance of the abeyance order requested herein merits grant of the abeyance.

//
//

STIPULATION TO HOLD MATTERS IN ABEYANCE
No. 08-cv-1679 (MMC)                                       2

WHEREFORE, with good cause having been shown, the parties hereby request that this Court issue an order granting an abeyance of matters in this case for a period of sixty (60) days from the date of issuance of the abeyance order.

Dated: July 31, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General
DAVID J. KLINE
Director, District Court Section
GJON JUNCAJ
Senior Litigation Counsel

By: _____
CHRISTOPHER W. HOLLIS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-0899; 616-8962 (FAX)
christopher.hollis@usdoj.gov

Attorneys for Defendant

Dated: July 31, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. Accordingly, the Case Management Conference scheduled for August 29, 2008 is hereby continued to October 31, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than October 24, 2008.

Dated this 1st day of August, 2008

_____
MAXINE M. CHESNEY
United States District Judge

STIPULATION TO HOLD MATTERS IN ABEYANCE
No. 08-cv-1679 (MMC)                    3