UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NOORULLAH KHAN,<br><br>        Plaintiff,<br><br>v.<br><br>JONATHAN SCHARFEN,<br>Acting Director, United States Citizenship<br>and Immigration Services,<br><br>        Defendant. | No. 08-cv-1679 (MMC)<br><br>~~[PROPOSED]~~<br>**ORDER GRANTING DEFENDANT'S<br>MOTION TO SEAL** |

    Upon motion of Defendant and with good cause appearing, the Clerk of the Court is ordered to file and maintain the responding declaration of Barbara Velarde under seal in the non-public docket. Upon a request by a Trial Attorney, an Assistant United States Attorney, counsel for either party to the instant action or other proper representative of the United States Attorney's Office, the Clerk of Court shall make available copies of this document without further order of this Court.

    IT IS SO ORDERED.

Signed this the 6 day of February 2009.

                                              MAXINE M. CHESNEY<br>
                                              United States District Judge