IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOORULLAH KHAN | No. C-08-1679 MMC |
| Plaintiff, | **ORDER VACATING APRIL 3, 2009 HEARING** |
| v. | |
| JONATHAN SCHARFEN, | |
| Defendant. | |

Before the Court are defendant's motion for summary judgment, filed November 14, 2008 and scheduled for hearing April 3, 2009, and plaintiff's opposition to defendant's motion/cross-motion for summary judgment, filed November 18, 2008 and likewise scheduled for hearing April 3, 2009. Having read and considered the papers filed in support of and in opposition to the motions, as well as the arguments of counsel at the February 6, 2009 hearing, the Court deems the matters appropriate for decision without further oral argument and hereby VACATES the hearing scheduled for April 3, 2009.

**IT IS SO ORDERED.**

Dated: March 31, 2009

MAXINE M. CHESNEY
United States District Judge